IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TROY ELLISON, As Personal Representative**  **PLAINTIFF**
of the Estate of Eugene Ellison, Deceased

v.   CASE NO. 4:11CV00752 BSM

**DONNA LESHER, Individually**
**and In Her Official Capacity et al.**   **DEFENDANTS**

## ORDER

Upon reviewing the record and duly considering plaintiff's arguments, his motion for leave to file a reply [Doc. No. 186] is granted and his motion for reconsideration [Doc. No. 177] is denied.

IT IS SO ORDERED this 19th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE