# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3371

Troy Ellison, as Personal Representative of the Estate of Eugene Ellison, deceased

Appellee

v.

Donna Lesher, individually and in her official capacity and Tabitha McCrillis, individually and in her official capacity

Appellants

Stuart Thomas, indivdually and in his official capacity, et al.

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:11-cv-00752-BSM)

_____

## ORDER

The motion to dismiss the appeal is denied.

March 19, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans



13-3371 Troy Ellison v. Donna Lesher, et al "Judge Order Filed denying dismiss case" (4:11-cv-00752-BSM)
8cc-cmecf-nda
to:
03/19/2014 09:56 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/19/2014

|  |  |
|---|---|
| **Case Name:** | Troy Ellison v. Donna Lesher, et al |
| **Case Number:** | 13-3371 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER: [4129147-2] -- The motion to dismiss the appeal is denied. -- Adp Apr 2014 [4135192] [13-3371] (DeAnn Sharpless)

**Notice will be electronically mailed to:**

Mr. Thomas Milton Carpenter, City Attorney: tcarpenter@littlerock.org, dbaldwin@littlerock.org, bengster@littlerock.org
Mr. Michael J. Laux: mlaux@lauxlawgroup.com, slaux11@yahoo.com
Mr. William Clark Mann, III: bmann@littlerock.org, dbaldwin@littlerock.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable Brian S. Miller, U.S. District Judge: betty_m_tyree@ared.uscourts.gov, bsmchambers@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/dsharpless_133371_4135192_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/19/2014] [FileNumber=4135192-0]
[ad73b1cd6f2c17b44679a54d9eadc1e70752305b0eee909b68d54c308c194894e405bacb2a0fc9a2a1920cf5c1791851bbed627cc0b16200d85e99ce8f965a31]]
**Recipients:**

- Mr. Thomas Milton Carpenter, City Attorney
- Mr. Michael J. Laux
- Mr. William Clark Mann, III
- Mr. Jim McCormack, Clerk of Court
- Honorable Brian S. Miller, U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4135192
**RELIEF(S) DOCKETED:**
  dismiss case
  denied -
**DOCKET PART(S) ADDED:** 5043479, 5032063, 5043480, 5043481